UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| HUO LIANG, | ) | |
| Petitioner, | ) | Case No. EDCV 15-2473-JLS (AJW) |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| LORETTA LYNCH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: February 18, 2016

_____
Josephine L. Staton
United States District Judge